IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01148-EWN-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,690.00 IN UNITED STATES CURRENCY, and
$1,210.00 IN UNITED STATES CURRENCY,

    Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Movant/Claimant's "Motion to Strike Government's Untimely and Invalid Motion for Clerk's Entry of Default" (#31, filed February 12, 2008) is DENIED as moot. The Clerk of the Court did not enter default on either defendant.

Dated: March 6, 2008