IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1148-EWN-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$5,690.00 IN UNITED STATES CURRENCY,
$1,210.00 IN UNITED STATES CURRENCY,

       Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANT $1,210.00 IN UNITED STATES CURRENCY

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture Only as to Defendant $1,210.00 in United States Currency, the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as to defendant $1,210.00 in United States Currency as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and 18 U.S.C. § 983 (a)(4).

THAT Entry of Default as to defendant $1,210.00 in United States Currency was entered by the Clerk of the Court on May 29, 2008 (Docket #37); and

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant $1,210.00 in United States Currency and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis for a final Judgment and Order of Forfeiture of defendant $1,210.00 in United States Currency;

THAT pursuant to Fed.R.Civ.P. 54(b), this Court hereby expressly determines that there is no just reason for delay in entering Final Order of Forfeiture and Judgment as to defendant $1,210.00 in United States Currency.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of defendant $1,210.00 in United States Currency including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title defendant $1,210.00 in United States Currency and may dispose of said property in accordance with law;

THAT defendant $5,690.00 in United States Currency is still at issue, and is not affected by this Default and Final Order of Forfeiture;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant $1,210.00 in United States Currency under 28 U.S.C. § 2465; and

THAT the Clerk shall enter a Default Judgment only as to defendant $1,210.00 in United States Currency pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Dated this 3rd day of June, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge