IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01148-EWN-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,690.00 IN UNITED STATES CURRENCY, and
$1,210.00 IN UNITED STATES CURRENCY,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Claimant/Movant's "Motion for Status of Order Issued by the Honorable, Edward W. Nottingham, Chief Judge on 10/26/2007 Docket Entry #[17] Specifically ¶ 5. and Sub. ¶'s (a) and (b)" (#47, filed June 23, 2008) is DENIED as moot.

Dated: August 29, 2008