IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01148-CMA-KMT

UNITED STATES OF AMERICA,

 Plaintiff,

v.

$5,690.00 IN UNITED STATES CURRENCY, and
$1,210.00 IN UNITED STATES CURRENCY,

 Defendants.

---

**ORDER ADOPTING AND AFFIRMING AUGUST 4, 2008 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the recommendation by the Magistrate Judge (Doc. # 58).

Timely objections and responses have been filed in this matter. In light of the objections, I have reviewed *de novo* the recommendation as well as the file and record in this case. On *de novo* review, I find and conclude that the Magistrate Judge's thorough and comprehensive analysis and recommendation are correct. Accordingly,

IT IS ORDERED that the Recommendation of United States Magistrate Judge (Doc. # 58) is ACCEPTED as follows:

 (1) Claimant's I - Petition to Dismiss Plaintiff's Complaint for Failure to Provide Claimant With Adequate Notice of Forfeiture Proceeding, Pursuant to Supplemental Rule G(8)(b)(I), 18 U.S.C. § 983 and Answer Presenting Defense Under 12(b)(3), (5)

and (6), and II - Petition to Release Property, Under 18 U.S.C. § 983(f) (Doc. # 12) is DENIED;

(2) Claimant's Reply to United States' Untimely "Amended" (?) Response In Opposition to Motion to Dismiss, Motion for Default Judgment Pursuant to F.R.Civ.P. 55, and Motion for Summary Judgment Pursuant to F.R.Civ.P. 56 (Doc. # 22) is DENIED;

(3) Claimant's Motion for Dismissal for Lack of Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) and Motion In Opposition to Government's Motion for Clerk's Default Only as to Defendant $5,690.00 In United States Currency (Doc. # 53) is DENIED; and

(4) Plaintiff's Motion for Clerk's Default Only as to Defendant $5,690.00 In United States Currency (Doc. # 44) is DENIED.

IT IS FURTHER ORDERED that Claimant Lee Arthur Thompson is DIRECTED to file an answer to the Verified Complaint **no later than November 18, 2008**.

DATED: November 4th, 2008

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge