IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Kathleen M. Tafoya**
**United States Magistrate Judge**

Civil Action No. 07-cv-01148-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,690.00 IN UNITED STATES CURRENCY, and
$1,210.00 IN UNITED STATES CURRENCY,

    Defendants.
_____

**ORDER**
_____

This case comes before the court on "Defendant's Motion to Withdraw as Court Appointed Counsel and In Support of Alvin Hutchinson's Motions [Doc. Nos. 39 and 61] for Reconsideration of the Court's Default Order" ("Motion"). [Doc. No. 68, filed October 16, 2008]. After this court issued an Order, the United States filed a response to the portion of the Motion concerning withdrawal of Robert W. Pepin as attorney for claimant Alvin Hutchinson, however did not address the propriety or authority of this court to reconsider the default previously entered in this matter in light of the new information concerning Mr. Hutchinson's justifiable belief that he was being represented in this matter by Mr. Pepin.

Therefore, it is

ORDERED that a hearing on Defendant's Motion to Withdraw as Court Appointed Counsel and In Support of Alvin Hutchinson's Motions [Doc. Nos. 39 and 61] for Reconsideration of the Court's Default Order will be held on December 8, 2008 at 9:00 a.m. in Courtroom 205, Rogers Courthouse, 1929 Stout Street, Denver, Colorado.

It is further ORDERED that the warden of the facility housing claimant in this matter, Alvin Hutchinson, will make Mr. Hutchinson available to participate in the hearing by telephone. The correctional facility is directed to call chambers at 303-335-2780 at 9:00 a.m. on December 8, 2008.

The Clerk of Court is hereby ORDERED to send a copy of this order to Plaintiff's case manager at USP Terre Haute, U.S. Penitentiary, 4700 Bureau Road South, Terre Haute, IN 47802. Mr. Hutchinson's inmate number is 07449-045.

Dated this 14th day of November, 2008.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge