**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-CV-01148-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,690.00 IN UNITED STATES CURRENCY,
$1,210.00 IN UNITED STATES CURRENCY,

    Defendants.

## FINAL ORDER OF FORFEITURE ONLY AS TO DEFENDANT $5,690.00 IN UNITED STATES CURRENCY

This matter comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture Only as to Defendant $5,690.00 in United States Currency (Doc. # 93) and the parties' Settlement Agreement. The Court having reviewed said motion and Settlement Agreement FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Lee Arthur Thompson have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute as to defendant $5,690.00 in United States Currency;

THAT no other claims to defendant $5,690.00 in United States Currency have been filed;

THAT upon agreement of the parties, claimant Lee Arthur Thompson shall forfeit to the United States $2,845.00 of defendant $5,690.00 in United States Currency;

THAT the United States shall direct the Bureau of Immigration and Customs Enforcement to return to claimant Thompson the remaining $2,845.00 of defendant $5,690.00 in United States Currency; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $2,845.00 of defendant $5,690.00 in United States Currency is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, which this Order constitutes, is granted as to all of defendant $5,690.00 in United States Currency; and

THAT the Clerk of Court is directed to enter Judgment as to the forfeited property pursuant to Rule 54 of the Federal Rules of Civil Procedure.

SO ORDERED this __11th__ day of March, 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge