**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01148-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$5,690.00 IN UNITED STATES CURRENCY, and
$1,210.00 IN UNITED STATES CURRENCY,

    Defendants.

---

**ORDER REGARDING RETURN OF CLAIMANT PROPERTY**

---

This matter is before the Court on Claimant Lee Arthur Thompson's Motion for Return of Property (Doc. # 100), filed *pro se*. The Government shall respond to Mr. Thompson's motion on or before **March 3, 2010**. In particular, the Government shall advise this Court as to whether or not it has complied with its obligations under the Settlement Agreement (Doc. # 92) it reached with Mr. Thompson and, if not, why not.

    DATED:  February   17  , 2010

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge